

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Azhar M. Chaudhary v. Victoria A. Mora and Kristie R. Salter

Appellate case number:   01-21-00352-CV

Trial court case number: 18-DCV-254442

Trial court:             434th District Court of Fort Bend County

The motion for en banc reconsideration is **denied**.

It is so ORDERED.


Judge's signature:  __/s/ Peter Kelly__
                    ☑ Acting for the Court

Panel consists of Chief Justice Radack, and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Justice Landau, not participating.


Date: <u>December 13, 2022</u>